AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Zachary Zurek Telephone: (313) 226-9100
Special Agent: Timothy Madison Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Joseph Houston

Case No.

Case: 2:26−mj−30610
Assigned To : Unassigned
Assign. Date : 10/1/2026
Description: RE: JOSEPH HOUSTON (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 2 - April 5, 2022 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(k) | Possession of a firearm with obliterated serial number |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Timothy Madiosn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 30, 2026

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP), Federal Bureau of Investigation, and the ATF.

2. As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

3. Prior to this, I was employed by the Michigan State Police for more than eight (8) years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the Michigan State Police, I initiated more than one hundred felony investigations as the lead detective. During my investigations, I drafted more than three hundred

warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

4. In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

5. This affidavit is in support of a criminal complaint and application for an arrest warrant for Joseph HOUSTON for violations of Title 18 U.S.C. § 922(k) (possession of a firearm with obliterated serial number) committed from April 2, 2022, through April 5, 2022.

6. The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers. This affidavit is intended to show that there is sufficient probable cause and does not set forth all the information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION

9. On April 2, 2022, Detroit Police Officers responded to a shooting at a residence in the City of Detroit, within the Eastern District of Michigan. Upon arriving on scene officers learned at least four victims were inside the residence when the home was shot.

10. According to the victims, the shooter was HOUSTON, a relative of theirs. The victims identified HOUSTON by providing his name and date of birth.

11. The victims acknowledged they had not actually observed HOUSTON commit the shooting; however, they informed officers he had been threatening to shoot their house on Instagram live for more than a week. They also reported seeing HOUSTON's vehicle fleeing the area northbound after the shots were fired.

12. The victim's residence had fresh damage consistent with bullet impacts and officers collected fired cartridge casings at the scene which confirmed a shooting had occurred. The fired cartridge casings included (5) 9mm casings and (12) .40 caliber casings. The casings were collected and entered into the National Integrated Ballistic Information Network (NIBIN).

13. During the shooting investigation officers learned that HOUSTON was wearing a tether and his real-time and historical movements could be

monitored. Officers requested records from the Wayne County Tether Unit and determined HOUSTON was within the vicinity of the shooting scene at the time it occurred.

14. Officers also obtained surveillance footage of what appeared to be HOUSTON's vehicle traveling northbound on the victim's street minutes prior to the shooting. The vehicle was consistent with the description provided by the victims and was traveling in the same direction.

15. On April 5, 2022, law enforcement obtained a search warrant for a residence linked to HOUSTON. Officers responded to the location, entered and arrested HOUSTON.

16. During a subsequent search a .40 caliber Glock Model 23 pistol was located underneath the living room couch. Also, in the living room officers found HOUSTON's shoes and jacket.

17. The Glock Model 23 pistol had an obliterated serial number. A photograph of the same is included below.



18. The Michigan State Police Detroit Forensics Laboratory was later able to restore the serial number and identify the firearm's original owner, who claimed the firearm was stolen in approximately 2020.

19. Two other females were at the residence at the time the search warrant was executed, including the homeowner. They confirmed HOUSTON had been residing at the location for approximately two months. Both denied having knowledge of the firearm.

20. Ballistic testing was later performed on the firearm which confirmed it was one of the same firearms utilized to perpetrate the April 2, 2022, shooting.

21. Based upon the fact that the obliteration of the serial number is readily apparent, and that HOUSTON used the firearm on April 2, 2022, discharging at least (12) rounds from it, and three days later the firearm was found at his residence, loaded with a round chambered, it is reasonable to infer that HOUSTON handled the firearm. Therefore, he would have been aware of and knew that the serial number on

the firearm had been altered or obliterated.

22. On September 23, 2026, ATF Interstate Nexus Expert S/A Joshua McLean reviewed the make and model information related to the firearm recovered from HOUSTON's residence.

23. S/A McLean advised the firearm was manufactured outside of the State of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

**CONCLUSION**

24. Probable cause exists that from April 2 through April 5, 2022, in the Eastern District of Michigan, Joseph HOUSTON, illegally possessed a firearm with an obliterated serial number in violation of Title 18 U.S.C. § 922(k) (possession of a firearm with obliterated serial number).

Timothy Madison ATF
Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HONORABLE. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: September 30, 2026